THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 Sung Windham
 Appellant,
 

v.

 
 Rolling Green Village, Employer and American Home Assurance Co./Gallagher Basset Services, Inc.,
 Carrier
 Respondents.
 
 
  
  
 
 
  
  
 

__________
Appeal From Greenville County
G. Thomas Cooper, Jr., Circuit Court Judge
__________
Unpublished Opinion No. 2008-UP-326
Submitted June 2, 2008  Filed June 27,
 2008 
__________
AFFIRMED
__________
Kathryn Williams, of Greenville, for Appellant.
Weston Adams, III, Jillian M. Benson, and
 Ashley B.
Stratton, of Columbia, for Respondents.
PER
 CURIAM:  Sung Windham appeals from a
 circuit court order affirming the denial of continuing medical treatment for
 her psychological injury.  Windham argues the circuit court erred in holding
 substantial evidence supported the finding of the Appellate Panel of the
 Workers Compensation Commission that Windham is not entitled to continuing
 medical treatment for her compensable psychological claim.  Windham further
 asserts that the Appellate Panels decision is affected by an error of law.  
We
 affirm[1] the order of the circuit court pursuant to Rule 220(b)(2), SCACR, and the
 following authorities:  Anderson v. Baptist Medical Ctr., 343 S.C. 487,
 492, 541 S.E.2d 526, 528 (2001) (the findings of the Appellate Panel are
 presumed correct and will be set aside only if unsupported by substantial
 evidence on the record);  Shealy v. Aiken County, 341 S.C. 448, 455, 535
 S.E.2d 438, 442 (2000) (Substantial evidence is not a mere scintilla of evidence
 nor evidence viewed from one side, but such evidence, when the whole record is
 considered, as would allow reasonable minds to reach the conclusion the
 [Appellate Panel] reached.).  As to the error of law issue:  Elam v. South
 Carolina Dept of Transp., 361 S.C. 9, 23, 602 S.E.2d 772, 779-80 (2004)
 (holding that issues and arguments are preserved for appellate review only when
 they are raised to and ruled on by the lower court).
          AFFIRMED.
 WILLIAMS, THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule
 215, SCACR.